UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------X
JOAQUIM AMBROZIO & MARIA AMBROZIO, his wife,

   Plaintiffs,

   v.

TAP AIR PORTUGAL,

   Defendant.
------------------------------------X

Case No. 16-CV-07561 (ES)(JAD)

**STIPULATION AND PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiffs and Defendant TRANSPORTES AEREOS PORTUGUESES, S.A. (sued herein as "TAP AIR PORTUGAL" and hereinafter "TAP"), that the time within which TAP may move, answer or otherwise respond to the Complaint is hereby extended up to and including June 9, 2017.

  Good cause exists for this Stipulation and Proposed Order. The parties have conferred through their counsel and believe that this extension will provide an opportunity to explore the potential for an early settlement in this matter without the need to move forward with this litigation.

  No provision in this Stipulation and Proposed Order shall be construed as a waiver of, and TAP expressly reserves, any and all claims and defenses in this matter.

There has been one previous request for an extension of time in connection with this matter.

Dated: May 5, 2017

| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS | CONDON & FORSYTH LLP |
|---|---|
| By /s/ Diane L. Cardoso<br>Diane L. Cardoso<br>dcardoso@javerbaumwurgaft.com | By /s/ Marissa N. Lefland<br>Marissa N. Lefland (ML5375)<br>mlefland@condonlaw.com<br>Jonathan E. DeMay<br>jdemay@condonlaw.com |
| 505 Morris Avenue<br>Springfield, New Jersey 07801<br>(973) 379-4200 | 7 Times Square<br>18th Floor<br>New York, New York 10036<br>(212) 490-9100 |
| *Attorneys for Plaintiffs*<br>*JOAQUIM AMBROZIO and MARIA AMBROZIO* | *Attorneys for Defendant*<br>*TRANSPORTES AEREOS PORTUGUESES, S.A.* |

SO ORDERED:

_____
Honorable Joseph A. Dickson
United States Magistrate Judge

Dated: May ___, 2017