UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------X
JOAQUIM AMBROZIO & MARIA AMBROZIO, his wife,

    Plaintiffs,

    v.

TAP AIR PORTUGAL,

    Defendant.
------------------------------------X

Case No. 16-CV-07561 (ES)(JAD)

**CONSENT ORDER GRANTING PRO HAC VICE ADMISSION**

THIS MATTER having been opened to the Court by Condon & Forsyth LLP, attorneys for Defendant TRANSPORTES AEREOS PORTUGUESES, S.A. (sued herein as "TAP AIR PORTUGAL" and hereinafter "TAP"), upon application for the entry of an Order admitting *pro hac vice* Jonathan E. DeMay of the law firm Condon & Forsyth LLP as counsel for Defendant; and the Court having considered all papers filed in support of said application; and for good cause having been shown;

IT IS on this ___ day of May, 2017

ORDERED that Defendant's application for the *pro hac vice* admission of Jonathan E. DeMay as counsel for TAP is hereby GRANTED; and it is further

ORDERED that Jonathan E. DeMay is hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of Defendant in this matter; and it is further

ORDERED that Jonathan E. DeMay shall abide by the disciplinary rules of this Court; and it is further

ORDERED that Jonathan E. DeMay, for the duration of the time that he serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

ORDERED that Jonathan E. DeMay shall notify the Court immediately of any disciplinary matter affecting his standing at the bar of any jurisdiction; and it is further

ORDERED that Marissa N. Lefland shall sign all pleadings, briefs and other papers filed with the Court in this matter.

SO ORDERED:

_____
Honorable Joseph A. Dickson
United States Magistrate Judge

Dated: May ___, 2017