UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------x

Joaquim Ambrozio and Maria Ambrozio,

      Plaintiffs,    16-cv-7561 (ES) (JAD)

-against-

Transportes Aereos Portugueses S.A. (TAP  **CONSENT ORDER GRANTING**
Air Portugal),           **PRO HAC VICE ADMISSION**

      Defendant.
-----------------------------------------------------------x

  THIS MATTER being before the Court by Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C., attorneys for Plaintiffs Joaquim Ambrozio and Maria Ambrozio, upon application for the entry of an Order admitting pro hac vice Megan W. Benett of the law firm Kreindler & Kreindler LLP to act as counsel for Plaintiffs before this Court, and the Court having considered all papers filed in support of said application, and counsel having represented that defense counsel consents to the relief sought; and for good cause having been shown;

  IT IS on this 16th of June, 2017

  ORDERED that Plaintiffs' application for the *pro hac vice* admission of Megan W. Benett as counsel for Plaintiffs is hereby GRANTED; and it is further

  ORDERED that Megan W. Benett is hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of Plaintiffs in this matter; and it is further

  ORDERED that Megan W. Benett shall abide by the disciplinary rules of this Court; and it is further

ORDERED that Megan W. Benett, for the duration of the time that she serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and pay the sum of $150.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 10 1.1( c )(3); and it is further

ORDERED that Megan W. Benett shall notify the Court immediately of any disciplinary matter affecting her standing at the bar of any jurisdiction; and it is further

ORDERED that Diane L. Cardoso shall sign all pleadings, briefs and other papers filed with the Court in this matter.

SO ORDERED:

_____
Honorable Joseph A. Dickson
United States Magistrate Judge

Dated: __6/16__, 2017